# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

PATRICK ROWE

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ04-m-219 JLA

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 19, 2004** in **Plymouth** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance, to wit: cocaine

in violation of Title **21** United States Code, Section(s) **841(a)(1)**

I further state that I am a(n) **Special Agent, ATF** and that this complaint is based on the following
Official Title

facts:
See attached Affidavit of ATF Special Agent David P. Oliver.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-20-2004                                      at           Boston, Massachusetts
Date                                                              City and State

JOYCE LONDON ALEXANDER
United States Magistrate Judge                   _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

AFFIDAVIT

I, David P. Oliver, having been duly sworn, on oath depose and state that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since 1999. In that capacity, I investigate numerous violations of the federal firearms and narcotics statutes and have participated in numerous investigations relating to the unlawful possession of firearms and/or possession and sale of narcotics.

2. I am aware based on my training and experience that Title 21, United States Code, Section 841(a)(1) makes it a federal offense for any individual to distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance. Having so stated, I make this affidavit in support of a complaint charging an individual named Patrick Rowe ("ROWE") with distribution of crack cocaine in violation of that statute.

3. The statements contained in this affidavit are based on my own investigation and on information provided to me by other ATF agents and officers of the Brockton Police Department. This affidavit is submitted for the limited purpose of establishing probable cause to believe ROWE violated 21 U.S.C. §841(a)(1), and therefore does not set forth all of the information that I and other law enforcement personnel have obtained during the course

of this investigation.

4. On February 16, 2004, at approximately 6:30 p.m., an individual cooperating with law enforcement officials met with an individual known to the cooperating witness as Johnny Martin, at a Brockton club called Boomers. Martin was with a male later identified as ROWE. In the course of conversation, Martin told the cooperating witness that he/she could contact Martin if he/she wanted anything, which the cooperating witness understood to be narcotics. Martin had previously provided the cooperating witness with his pager number and told him/her to contact him via the pager, and to input the amount of narcotics the cooperating witness wanted, along with a return telephone number. Martin also gave the cooperating witness his own telephone number in case he could not be reached by pager, 508-283-3183, and programmed the number into the cooperating witness's telephone.

5. On February 19, 2004 the cooperating witness met with myself and other law enforcement officials and, in our presence, called Martin at the telephone number he had provided. The cooperating witness spoke with someone and made arrangements to meet with the person at a nearby Kentucky Fried Chicken in Brockton to buy a half ounce of crack cocaine. I then searched the cooperating witness to ensure that he/she had no narcotics on his/her person, installed a transmitter and recording device under his/her clothing, and gave him/her $500.00. The

2

cooperating witness then drove an ATF vehicle directly to the Kentucky Fried Chicken parking lot and parked the vehicle on the north side of the parking lot.

6. Soon thereafter, a small, red, car pulled up alongside the cooperating witness's vehicle. An individual later confirmed to be ROWE got out of the car and got into the cooperating witness' car on the passenger side. A concealed video camera mounted on the dashboard of the car recorded what transpired. The cooperating witness negotiated with ROWE to buy some crack cocaine for $450.00. ROWE agreed and handed the cooperating witness four plastic bags containing a white rock substance, which testing subsequently showed to be cocaine, in exchange for $450.00. After further small talk, ROWE left the car and drove away.

7. The cooperating witness then drove back to a prearranged destination and gave law enforcement officials the crack cocaine and the $50.00 he had remaining. I searched the cooperating witness to ensure he had no other narcotics or money in his/her possession, and removed the transmitter and recorder. I also showed the cooperating witness a photograph of ROWE and the cooperating witness confirmed that ROWE was in fact the person who sold him/her the cocaine.

8.  Based on the foregoing, I have probable cause to believe that, on or about February 19, 2004, Patrick Rowe did distribute or dispense a controlled substance, in violation of 21 U.S.C. 841(a)(1).

_____
DAVID P. OLIVER
Special Agent, ATF

Sworn and subscribed to before me this 20th day of May, 2004

_____
JOYCE LONDON ALEXANDER
U.S. Magistrate Judge

4

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. II   Investigating Agency ATF

City  Brockton   **Related Case Information:**

County  Plymouth   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Patrick Rowe   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date: 1971   SS#: 7883   Sex: M   Race: Black   Nationality: American

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Donald L. Cabell   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 20, 2004   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Patrick Rowe

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 841(a)(1) | Distribution of Cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:   ATF

patrick rowe js 45 complaint.wpd - 3/13/02