UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **04 CR 10247 NMG** |
| ) | |
| v. ) | Case No. |
| ) | |
| PATRICK ROWE ) | Violations: |
| ) | 21 U.S.C. §841(a)(1) – |
| ) | Distribution of Cocaine |
| ) | |
| ) | 21 U.S.C. §853 - Forfeiture |
| ) | |

## INDICTMENT

**COUNT ONE:**   21 U.S.C. §841(a)(1) - Distribution of Cocaine

The Grand Jury charges that:

On or about February 19, 2004, in Brockton, in the District of Massachusetts,

**PATRICK ROWE,**

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## CRIMINAL FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offense alleged in Count One,

**PATRICK ROWE,**

defendant herein, shall forfeit to the United States for its use and benefit any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

2.  If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 of this paragraph.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

/s/ _____
FOREPERSON OF GRAND JURY

/s/ _____
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, August 18, 2004.

Returned into the District Court by the Grand Jurors and filed.

/s/ _____
Deputy Clerk

5/18/04 (ucs)

11:45

-4-

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

**04CR 10247 NMG**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF

**City** Brockton     **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant  X  New Defendant _____
Magistrate Judge Case Number  04-219-JLA
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Patrick Rowe     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date: 1971   SS#: 7883   Sex: M   Race: Black   Nationality: American

**Defense Counsel if known:** Mel Norris     **Address:** 260 Boston Post Road, Suite 9
Wayland, MA 01778

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   William H. Connolly     Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by Magistrate Alexander on July 21, 2004

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _[signature]_     **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Patrick Rowe

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. 841(a)(1) | Distribution of Cocaine | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**    ATF

patrick rowe js 45 complaint.wpd - 3/13/02