UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE |
| V. | NO. 04-10247 NMG |
| PATRICK ROWE | |
| Defendant | |

NOTICE
OF RESCHEDULED ARRAIGNMENT

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **arraignment on an indictment** at **10:00 a.m.** on **Thursday, September 2, 2004,** before Magistrate Judge Judith Gail Dein in Courtroom #15, on the 5th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

August 27, 2004            /S/ Rex Brown
Date                       Courtroom Clerk
                           (617) 748-9238

Notice to:    Mel Norris, Esq.
              *Via electronic filing*
              AUSA William H. Connolly, Esq.
              *Via electronic filing*

Enclosures:   Indictment