UNITED STATES DISTRICT COURT
DISTRICT of Massachusetts

USA
v.
PATRICK ROWE                               04cr 10247 NMG

MOTION FOR ENLARGEMENT
of Bail

The Defendant requests that his conditions of Bail be enlarged to allow him to work in Massachusetts as well as Rhode Island.

The Defendant resides 1 mile from the Mass. line and working for a Temp. Agency that has work both in Massachusetts and Rhode Island.

Patrick Rowe

by his Attorney
[signature]
Melvin Norris
260 Boston Post Rd
Wayland, MA 01778
508-358-3305

9/2/04 There being no opposition motion allowed.
[signature] Judith Gail Dein, USMJ