UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                                    CRIMINAL CASE
        V.                                          NO. 04-10247 NMG

PATRICK ROWE
        Defendant

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

        PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **initial**

**status conference**  at **11:00 a.m.** on **Thursday, October 7, 2004,** before Magistrate Judge Joyce

London Alexander in Courtroom #24, on the 7th floor of the United States Courthouse, 1 Courthouse

Way, Boston, Massachusetts.

        Please note that the defendant need not appear with counsel.


                                        HONORABLE JOYCE LONDON ALEXANDER
                                        U.S. MAGISTRATE JUDGE

                                        By the Court:


September 24, 2004                      /S/ Rex Brown
Date                                    Courtroom Clerk
                                        (617) 748-9238


Notice to:     Mel Norris, Esq.
               *Via electronic filing*
               AUSA William H. Connolly, Esq.
               *Via electronic filing*