UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CRIM. NO. 04-10247-MAGS |
| | ) |
| PATRICK ROWE | ) |

FILED
IN CLERKS OFFICE

2004 OCT 25  P 3: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

## JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The government and the defendant jointly move to exclude the periods from September 2, 2004, to September 30, 2004, pursuant to LR 112.2(A)(2). The parties further move to exclude the period from October 7, 2004, to November 16, 2004, pursuant to 18 U.S.C. 3161(h)(8)(A). It is expected that the requested exclusions will provide the parties with the necessary time to review discovery and contemplate the filing of motions.

Herein, both parties move that this Court find that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested periods in computing the time within which trial must commence.

Respectfully Submitted,

| | |
|---|---|
| PATRICK ROWE | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | By: |
| /s/ Mel Norris | /s/ William H. Connolly |
| Mel Norris | WILLIAM H. CONNOLLY |
| Attorney for Defendant | Assistant U.S. Attorney |

October 25, 2004