UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

PATRICK ROWE
       Defendant

CRIMINAL CASE
NO. 04-10247 NMG

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On October 7, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are features of the case that may deserve special attention or modification of the standard schedule;

3. There is anticipated supplemental discovery regarding drug certificates;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government no later than twenty-one (21) days before trial and the defendant will provide expert discovery no later than ten (10) days before trial ;

5. The applicable periods of excludable delay under the Speedy Trial Act include: September 2, through September 30, 2004 (28 days), for a total of twenty-eight (28) days as of October 7, 2004. The government and defense have moved to exclude the time period from October 7, 2004, through November 16, 2004. The total amount of time to proceed to trial is seventy (70) days as of October 7, 2004;

6. Trial is uncertain at this time. If the case were to proceed to trial, the parties anticipate a five (5) day trial;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. Dispositive motions shall be due on or before November 8, 2004, with the defendant's motions due November 22, 2004. A **Final Status Conference** is scheduled at **2:30 p.m.** on **November 16, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

                                      HONORABLE JOYCE LONDON ALEXANDER
                                      U.S. MAGISTRATE JUDGE

                                      By the Court:

November 1, 2004                  /S/ Rex Brown
Date                                  Courtroom Clerk
                                        (617) 748-9238