UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-10247-NMG |
| ) | |
| PATRICK ROWE ) | Violations: |
| ) | 21 U.S.C. §841(a)(1) - |
| ) | Distribution of Cocaine |
| ) | Base |
| ) | 21 U.S.C. §853 - Forfeiture |
| ) | |

## SUPERSEDING INDICTMENT

COUNT ONE:   21 U.S.C. §841(a)(1) - Distribution of Cocaine Base

The Grand Jury charges that:

On or about February 19, 2004, in Brockton, in the District of Massachusetts,

**PATRICK ROWE,**

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute cocaine base, also known as "crack" or "crack cocaine," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## **SUPPLEMENTAL FACTUAL FINDINGS**

The Grand Jury further finds that the Defendant did distribute and possess with intent to distribute 5 grams or more of cocaine base, thus rendering applicable the provisions of Title 21, United States Code, Section 841(b)(1)(B)(iii) and U.S.S.G. § 2D1.1(c)(7).

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One,

**PATRICK ROWE,**

defendant herein, shall forfeit to the United States for its use and benefit any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

2. If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of the defendant –

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 of this paragraph.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
Robert Richardson
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, December 1, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. __II__   Investigating Agency __ATF__

City __Brockton__   **Related Case Information:**

County __Plymouth__   Superseding Ind./ Inf. __X__   Case No. __04-10247-NMG__
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Patrick Rowe__   Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date: __1971__   SS#: __7883__   Sex: __M__   Race: __Black__   Nationality: __American__

**Defense Counsel if known:** __Mel Norris__   Address: __260 Boston Post Road, Suite 9__
__Wayland, MA 01778__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __William H. Connolly__   Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __Magistrate Alexander__ on __July 21, 2004__

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/1/04__   Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Patrick Rowe

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 841(a)(1) | Distribution of Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   ATF

patrick rowe js 45 sup - 3/13/02