UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10247 NMG

PATRICK ROWE
    Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On November 16, 2004, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motions;

3. There is no supplemental discovery anticipated;

4. The applicable periods of excludable delay under the Speedy Trial Act include: September 2, through September 30, 2004 (28 days), October 7, 2004, through November 16, 2004 (40 days), for a total of sixty-eight (68) days as of November 16, 2004. The total amount of time to proceed to trial is sixty-four (64) days as of November 16, 2004. There are anticipated dispositive motions that may cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

   (b) The defendant does not intend to raise a defense of public authority;

6. The government has requested notice of alibi by the defendant. The defendant has provided no notice;

7. There are anticipated motions to dismiss or suppress that would require a ruling by the

1

District Judge before trial;

8.  A briefing schedule is necessary;

9.  Early resolution of the case without trial is not likely;

10.  Trial is necessary.  The estimated duration of the trial is three (3) days;

11.  Other matters: Arraignment on Superseding Indictment.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established an extended.  Dispositive motions shall be due on or before December 17, 2004, with the defendant's motions due December 31, 2004.  An **arraignment** is scheduled at **2:15 p.m.** on **December 14, 2004,** in Courtroom 24, 7th floor.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Courtroom Clerk

<u>December 8, 2004</u>
Date