UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    Crim. No. 04-10247 - NMG

PATRICK ROWE

## MOTION  FOR AUTHORITY TO EXPEND FUNDS
## FOR A CHEMICAL ANALYST

Now comes Melvin Norris, Court Appointed Attorney for the Defendant, Patrick Rowe, and moves this Honorable Court for authority, pursuant to the Criminal Justice Act to expend up to $1,000.00 for the services of a chemical analyst.  The defendant assigns as reason therefor that the Government initially charged the Defendant with possession of cocaine.  Since then, the Government has filed a superseding Indictment charging possession of crack cocaine.  The government has produced two reports, from the same chemist, one of which alleges that the substance was cocaine and the other alleges that the substance was crack cocaine.  For these reasons, the defendant requires the services of a chemist to analyze the protocol, notes, analysis and materials involved in the Government's analysis.  The defendant, by counsel, has arranged for Dr. Harvey Cohen to analyze the foregoing, for an amount not to exceed $1,000.00.


Respectfully Submitted

Dated: December 8, 2004          /s/ MELVIN NORRIS
                                 Melvin Norris
                                 260 Boston Post Rd. Suite 9
                                 Wayland, MA 01778
                                 Tel. 508 358 3305
                                 BBO # 373900