UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                          CR# 0410247 NMG

PATRICK ROWE

### MOTION FOR TRANSCRIPT OF BAIL AND PROBABLE CAUSE HEARING

Now comes the Defendant, Patrick Rowe, and moves this Honorable Court that the Court order a transcript be prepared of the Probable Cause and Bail Hearing held on September 22, 2004. The defendant further requests that a copy be furnished to the Defendant's counsel at Government expense.

The defendant is indigent and the transcript is necessary for his defense.

By his Attorney,

/s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Road
Wayland, MA. 01778
508 358 3305

Dated:        December 16, 2004