UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                                            cr# 04-10247 NMG

PATRICK ROWE

## MOTION FOR ENLARGEMENT OF BAIL

The defendant, Patrick Rowe, by his Attorney, respectfully requests this Honorable Court that his conditions of bail be enlarged to allow him to travel to Aberdeen, Mississippi, to attend the funeral for his father, Richard Rowe, Jr., which is currently scheduled for July 9, 2005.

Mr. Rowe's father died on July 4, 2005.

Mr. Rowe will depart on or about July 6, 2005 and will return on July 16, 2005. He will report to pretrial services as requested by them.

The Rhode Island pretrial office has assented to Mr. Rowe's request.

Patrick Rowe
By his Attorney

Dated: July 5, 2005

Melvin Norris
260 Boston Post Rd., Ste. 9
Wayland, MA. 01778
508 358 3305