UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                  Crim. No. 04-10247 - NMG

PATRICK ROWE

**DEFENDANT'S PROPOSED LIST OF EXHIBITS
AND WITNESSES**

Now comes the Defendant, Patrick Rowe, and gives notice that he may introduce the exhibits:

1. Drug Certificate No. 671920, dated March 23, 2005, signed by Sonja Farak

The defendant may call as witnesses in his defense the following:

1. Patrick Rowe.

The defendant reserves the right to update this list as appropriate, and to call other witnesses in rebuttal if necessary.

Respectfully Submitted

Dated: September 22, 2005

/s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Rd. Suite 9
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900