```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) CR. NO. 004-10247-NMG |
|  | ) |
| PATRICK ROWE | ) |
|  | ) |

### GOVERNMENT'S LIST OF PROSPECTIVE TRIAL WITNESSES

The United States of America submits the following list of prospective trial witnesses:

1. ATF Special Agent Kenneth Croke;

2. ATF Special Agent Brenda Hickey;

3. ATF Special Agent David Oliver;;

4. ATF Special Agent John Pijaca;

5. ATF Special Agent Robert White;

6. Brockton Police Detective Joseph Cummings;

7. Brockton Police Detective Patrick Donohue;

8. Brockton Police Detective Eric Hilliard;

9. Brockton Police Detective James Smith;

10. Sonja Farak, former Assistant Analyst, Massachusetts Department of Public Health, State Laboratory Institute;

11. Charles B. Salemi, Laboratory Supervisor, Massachusetts Department of Public Health, State Laboratory Institute;

12. David Taylor, Brockton, Massachusetts.

```
                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN,
                                        United States Attorney

                              By:

                                        /s/ James Lang
                                        JAMES LANG
                                        Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

Suffolk, ss.                                 Boston, Massachusetts
                                             September 26, 2005

    I, James Lang, Assistant U.S. Attorney, do hereby certify that I have served a copy of the above document upon Melvin Norris, Esq., by fax,

    Signed under the pains and penalties of perjury.

```
                                        /s/ James Lang
                                        JAMES LANG
                                        Assistant U.S. Attorney
```