UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) CR. NO. 0410247-NMG | |
| | ) | |
| PATRICK ROWE | ) | |

GOVERNMENT'S LIST OF PROSPECTIVE TRIAL EXHIBITS

The United States of America submits the following list of prospective trial exhibits:

| ID | Exhibit | Exhibit Number |
|---|---|---|
| 1. | Stipulations of fact; | _____ |
| 2. | Cassette tape of recorded telephone call; | _____ |
| 3. | Map of Brockton; | _____ |
| 4. | Sealed bag containing crack cocaine; | _____ |
| 5. | Videotape of drug transaction, from car dashboard camera; | _____ |
| 6. | Videotape of drug transaction, from recorder worn by cooperating witness | _____ |
| 7. | Brockton Police Department Receipt for Drug Evidence. | _____ |

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN,
                                    United States Attorney

                    By:

                                    /s/ James Lang
                                    JAMES LANG
                                    Assistant U.S. Attorney

                    CERTIFICATE OF SERVICE

Suffolk,  ss.                       Boston, Massachusetts
                                    September 26, 2005

     I, James Lang, Assistant U.S. Attorney, do hereby certify
that I have served by fax at 508-358-7787 a copy of the above
document upon Melvin Norris, Esq., 260 Boston Post Road, Wayland,
MA 01778.

     Signed under the pains and penalties of perjury.

                                    /s/ James Lang
                                    JAMES LANG
                                    Assistant U.S. Attorney