# UNITED STATES DISTRICT COURT

DISTRICT OF              MASSACHUSETTS

**APPEARANCE**

Case Number:   04-10247-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States

I certify that I am admitted to practice in this court.

September 26, 2005
Date                                                    Signature

                                         James Lang   /s/ James Lang
                                         Print Name                              Bar Number

                                         U.S. Attorney's Office, One Courthouse Way
                                         Address

                                         Boston                    MA     02210
                                         City                      State       Zip Code

                                         617-748-3175           617-748-3954
                                         Phone Number                            Fax Number