UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                  Crim. No. 04-10247 - NMG

PATRICK ROWE

**MOTION TO STRIKE SUPPLEMENTAL FACTUAL FINDINGS**

Now comes the defendant in the above captioned matter, Patrick Rowe, and moves this Honorable Court to strike the Supplemental Factual Findings from the Superseding Indictment. As reason therefore, the defendant states the Supplemental Factual Findings are surplusage in light of U.S. v. Booker and U.S. v. Fanfan, __ U.S. __, 2005 U.S. LEXIS 628 (2005) (slip op).

Respectfully Submitted

Dated: October 6, 2005         /s/ MELVIN NORRIS
                               Melvin Norris
                               260 Boston Post Rd. Suite 9
                               Wayland, MA 01778
                               Tel. 508 358 3305
                               BBO # 373900