```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) CR. NO. 0410247-NMG |
|  | ) |
| PATRICK ROWE | ) |

GOVERNMENT'S AMENDED LIST OF PROSPECTIVE TRIAL EXHIBITS

The United States of America submits the following amended list of prospective trial exhibits:

| ID | Exhibit | Exhibit Number |
|---|---|---|
| 1a. | Cassette tape of recorded telephone calls; | _____ |
| 1b-c. | Transcripts of recorded telephone calls; | _____ |
| 2. | Map of Brockton; | _____ |
| 3a-3c. | Photographs of Kentucky Fried Chicken restaurant parking lot; | _____ |
| 4a-4b. | Evidence envelope and sealed bag containing crack cocaine; | _____ |
| 5a-b. | Original dashboard camera 8mm tape of drug transaction and VHH tape copy; | _____ |
| 5c. | Transcript of recording of drug transaction; | _____ |
| 6. | Button camera CD-Rom of drug transaction; | _____ |
| 7. | Certified copy of R.I. Registry of Motor Vehicles printout pertaining to R.I. registration DY237. | _____ |

Respectfully submitted,

```
                              MICHAEL J. SULLIVAN,
                              United States Attorney

                        By:

                              /s/ James Lang
                              JAMES LANG
                              Assistant U.S. Attorney
```