AO 442    (Rev. 5/93) Warrant for Arrest

F i [t# 876992

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

PATRICK ROWE
*226 Pleasant St #4*
*Pawtucket, RI*

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number:  04CR10247-NMG

YOU ARE HEREBY COMMANDED to arrest _____ **PATRICK ROWE** _____
                                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  X Order of court  ☐ Violation      ☐ Probation Violation Petition

charging him or her    (brief description of offense)


Failure to appear for trial


in violation of _____ United States Code, Section(s) _____

Craig J. Nicewicz                                    Deputy Clerk
Name of Issuing Officer                              Title of Issuing Officer

*[signature]*                                        10/11/05 BOSTON, MA
Signature of Issuing Officer                         Date and Location


Bail fixed at $ _____        by _____
                                           Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON  10/21/2005

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |