Date: 03-03-08

Hon. Gordon
c/o _____
Deputy Clerk
United States District Court

Dear Hon. Gorden:

    I was sentenced by Judge Gordon on ~~08~~ 04-06 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines. which have been made retroactive.

    My current release date is 06-29-09.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

                                              Sincerely,

Name: Patrick Rowe #25308-038
Address: P.O. Box 1000
            Lewisburg, P.A. 17837

Telephone: _____