ATTORNEY ASSIGNMENT REQUEST

Defendant <u>Patrick Rowe</u>

Case & Defendant Number 04cr10247

Date of Appointment:_____

Appointed by:_____

Attorney Withdrawn_____

Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts <u>1</u>

Charge(s) and Cite(s) <u>21:841 (a) (1)</u>

Indictment <u>x</u>        Information_____        Probation Revocation_____

Number of Defendants <u>1</u>

Judge Code <u>0126</u>

Special Instructions: <u>Appointment of Counsel</u>

_____

_____

_____

_____

<u>Craig J. Nicewicz</u>
Deputy Clerk

Dated <u>3/19/08</u>

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd