AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of Massachusetts _____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| PATRICK ROWE ) | Case No: 04CR10247-001 |
| ) | USM No: 25308-038 |
| Date of Previous Judgment: 5/2/06 ) | Glenn P. Randall, Esq., |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____51_____ months **is reduced to** _____41 months_____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:    24            Amended Offense Level:    22
Criminal History Category:  1            Criminal History Category:  1
Previous Guideline Range:  51 to 63 months    Amended Guideline Range:  41 to 51 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  5/2/06  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    5 23 08                    _____/s/ Nathaniel M. Gorton_____
                                                          Judge's signature

Effective Date:  _____         Nathaniel M. Gorton, United States District Judge
            (if different from order date)                Printed name and title